**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

One Church Street

MONTGOMERY, ALABAMA 36104

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

September 19, 2019

## *NOTICE OF DISMISSAL PURSUANT TO RULE 41*

To:  ALL PARTIES/COUNSEL

Re:  Winston v. The Kroger Co.

Civil Action No.   3:19-cv-00585-WC

Dear Sirs:

     Pursuant to the Joint Stipulation of Dismissal filed on September 19, 2019, and the Federal Rules of Civil Procedure FRCP41(a)(1)(A)(ii), this case has been dismissed and removed from the pending docket of this court.

                            DEBRA P. HACKETT, CLERK